FILED

FEB 09 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR. LAKSHMI ARUNACHALAM           No. CV - 15 - 0025

       Plaintiff(s),

       v.                                **CLERK'S NOTICE:**
                                          **CONSENT OR DECLINATION TO**
       TRINET, INC                     **MAGISTRATE JUDGE JURISDICTION**

       Defendant(s).

_____/

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(X)    **Consent to Magistrate Judge Jurisdiction**

       In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )    **Decline Magistrate Judge Jurisdiction**

       In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 4, 2015     NAME: DR. LAKSHMI ARUNACHALAM

                       COUNSEL FOR "PRO SE"
                       (OR "PRO SE"):

                       Lakshmi Arunachalam
                           *Signature*

ORIGINAL
FILED

FEB 09 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIS. RICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

, DR. LAKSHMI ARUNACHALAM          No. CV-15-0025-JCS

Plaintiff(s),

v.

, TRINET, INC

Defendant(s).

_____/

**CLERK'S NOTICE:**
**CONSENT OR DECLINATION TO**
**MAGISTRATE JUDGE JURISDICTION**

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

(X)     **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )     **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

February 4, 2015
DATE: 2.14. 2015

NAME: DR. LAKSHMI ARUNACHALAM

COUNSEL FOR
(OR "PRO SE"):  " PRO SE "

Lakshmi Arunachalam
*Signature*

2

Dr. Lakshmi Arunachalam
222 Stanford Avenue

RECE

2015 FEB -9

RICHARD W. I
CLERK U.S. DIST
NORTHERN DISTRICT O.

FEB 09 2015

RICHA..... WIEKING
CLE... U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To
Clerk's Office: Attention Simone Voltz, 16th floor
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

FIRST

05 FEB 2015 PM 2 L

HARVEY
MILK

