| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>LAM K. NGUYEN (265285)<br>(lnguyen@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>TRINET GROUP INC. | DR. LAKSHMI ARUNACHALAM<br>(laks22002@yahoo.com)<br>222 Stanford Avenue<br>Menlo Park, CA 94025<br>Telephone: (650) 690-0995<br>Facsimile: (650) 854-3393<br><br>Pro Se Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM,<br><br>          Plaintiff,<br><br>     v.<br><br>TRINET GROUP INC.,<br><br>          Defendant. | Case No. CV-15-0025-JCS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIP. TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO AMENDED COMPL.
CV-15-0025-JCS

Pursuant to Civil L.R. 6-1(a), Plaintiff Dr. Lakshmi Arunachalam and Defendant TriNet Group Inc. hereby stipulate and agree to extend the time fro TriNet Group Inc. to answer or otherwise respond to the Amended Complaint (ECF No. 10) from March 3, 2015 up to and including April 17, 2015.

This extension will not alter the date of any other event or any deadline already fixed by Court order.

Dated: February 27, 2015            COOLEY LLP

                                    By:   /s/ *Heidi L. Keefe*
                                          Heidi L. Keefe
                                          Attorneys for Defendant
                                          TriNet Group Inc.

Dated: February 27, 2015            DR. LAKSHMI ARUNACHALAM

                                    By:   /s/ *Lakshmi Arunachalam*
                                          Dr. Lakshmi Arunachalam
                                          Pro Se Plaintiff

Dated: 3/2/15

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Joseph C. Spero]

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP. TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO AMENDED COMPL.
CV-15-0025-JCS

**FILER'S ATTESTATION PURSUANT TO L.R. 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that concurrence in the filing of the "Stipulation To Extend Time To Answer Or Otherwise Respond To Amended Complaint" has been obtained from each of the other signatories.

Executed this 27th day of February, 2015 at Palo Alto, California

By: /s/ *Heidi L. Keefe*
Heidi L. Keefe